EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Enmienda a los Artículos 15.5 y 18.0 del Reglamento de la Administración del Sistema de Personal de la Rama Judicial | 2006 TSPR 82<br><br>167 DPR ____ |

Número del Caso: EP-2006-1


Fecha: 10 de mayo de 2006

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

**Enmienda a los Artículos 15.5 y 18.0 del Reglamento de la Administración del Sistema de Personal de la Rama Judicial**

# RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de mayo de 2006.

Previa recomendación de la Directora Administrativa de los Tribunales, se enmienda el Reglamento de la Administración del Sistema de Personal de la Rama Judicial, según enmendado, como se dispone a continuación

Se enmienda el Artículo 15.5 del Reglamento de la Administración del Sistema de Personal de la Rama Judicial, según enmendado, para que disponga lo siguiente:

...

<u>15.5 – Cesantía por Falta de Fondos, Falta de Trabajo, Provocar Economías, Reducción de Personal, Reposición de Empleado o Certificación</u>

Al decretar cesantías se hará por orden inverso de antigüedad y eficiencia, tomando en cuenta el número de puestos en la clase o clases afectadas. A efectos de la antigüedad, se tomará en consideración el servicio en la clase, en primera instancia y luego el tiempo total en el Servicio Uniforme.

Las cesantías se decretarán de acuerdo con el siguiente orden:

a) empleados transitorios
b) empleados provisionales
c) empleados en período probatorio
d) empleados regulares

A los efectos de decretar cesantías, el*(la)* Director*(a)* Administrativo*(a)* de los Tribunales, con la aprobación del*(de la)* Juez*(a)* Presidente*(a)*, podrá dividir el Servicio Uniforme en *áreas* de cesantía.

Será deber del*(de la)* Director*(a)* Administrativo*(a)* de los Tribunales o del*(de la)* funcionario*(a)* de la dependencia correspondiente notificar por escrito a todo*(a)* empleado*(a)* a quien haya que dejar cesante, por lo menos quince (15) días antes de la fecha en que quedará fuera del servicio. A estos efectos, no se tomará en consideración *la licencia que tenga acumulada por concepto de vacaciones.*

Los nombres de los*(as)* empleados*(as)* regulares en el Servicio Uniforme que *hayan* sido cesados*(as)* se incluirán en el Registro de Traslado para la clase y el de los*(as)* probatorios*(as)* se incluirá en el Registro del cual se certificó, si es que aún está vigente.

*Antes de decretar cesantías se hará todo esfuerzo por retener a los(as) empleados(as) mediante reasignaciones, traslados o descensos, lo que se le notificará al(a la) empleado(a) y, de éste(a) no aceptar, se procederá con la cesantía. Cuando las cesantías obedezcan a la falta de fondos, se agotarán todos los recursos al alcance de la autoridad nominadora para evitarlas, con acciones tales como las siguientes:*

*a. Licencia sin sueldo hasta tanto cese la crisis presupuestaria, cuando la autoridad nominadora tome la decisión por insuficiencia presupuestaria temporera que no requiera la eliminación permanente del puesto. En tales casos, deberá observarse el orden de prelación previamente establecido en el método para decretar cesantías.*

*b. Reducción de la jornada de trabajo, conforme al procedimiento que se establezca a tales efectos. A los fines de implantar un plan de reducción de jornada laboral, el(la) Director(a) Administrativo(a) de los Tribunales, con la aprobación del(de la) Juez(a) Presidente(a), podrá dividir el sistema de personal en áreas de servicio.*
*...*

Se enmienda el Artículo 18.0 del Reglamento de la Administración del Sistema de Personal de la Rama Judicial, según enmendado, para que disponga lo siguiente:
...

<u>18.0 – Jornada de Trabajo</u>

a)...
b)...
c)...
d)...
e)...
f)...
*g) Se podrá reducir la jornada regular diaria o semanal de los(as) empleados(as) como acción para evitar cesantías. Cuando se haya adoptado una jornada regular reducida como medida para evitar cesantías, dicha jornada podrá establecerse sobre la base de menos de cinco días laborables.*

...

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señores Rebollo López y Fuster Berlingeri no intervinieron.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo